UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   NATHAN L MILLER SR<br>   JANNIE MILLER<br><br>                              Debtors | CASE NO: 06-31453<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060851**

| Ct / Tee Claim # | Address | Amount |
|---|---|---:|
| 24/ 34 | RMR AND ASSOCIATES<br>BOX 1764<br>SPRINGFIELD, OH  45501 | 763.36 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/11/2011

Certificate of Service    06-31453

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

NATHAN L MILLER SR
JANNIE MILLER
1529 VILARDO LANE
COLUMBUS, OH  43227

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(67.1n)
CONNIE J VANDERGRIFF
9441 LBJ FREEWAY
STE 350
DALLAS, TX  75243

(52.1n)
JOHN JANSING
124 E THIRD ST
SUITE 300
DAYTON, OH  45402

(34.1)
RMR AND ASSOCIATES
BOX 1764
SPRINGFIELD, OH  45501

(1009.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

(53.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       sv

0631453_42_20110211_1321_278/T317_sv
###